NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN R. PIERSON,<br><br>                  Plaintiff,<br><br>    v.<br><br>WELLS FARGO, et al.,<br><br>                  Defendants. | Case Number C 06-03954 JF<br><br>ORDER[1] DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 2] |

On June 27, 2006, Plaintiff John R. Pierson filed a complaint against Defendants Wells Fargo and Mark Underwood and an application to proceed *in forma pauperis*. Plaintiff alleges:

> Hear yee Wells Fargo, yee are pirites, I come for you, in the name of God, yee are Guilty of the Following But Not Limited To:
>     Statute # 470
>     Piritery
>     Grand Theft
>     Conspiracy
>     Accerey to Commit Murder

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-03954 JF
ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

Dockets.Justia.com

1  *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees
2  necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The court may deny *in forma pauperis*
3  status, however, if it appears from the face of the proposed pleading that the action is frivolous or
4  without merit. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First National*
5  *Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). Without expressing any opinion as to
6  whether Plaintiff can afford to pay the filing fee, the Court will DENY without prejudice his
7  application to proceed *in forma pauperis* on the ground that the complaint fails to state a
8  cognizable claim.

9        IT IS SO ORDERED.

11  DATED: July 12, 2006

                                                  JEREMY FOGEL
                                                  United States District Judge

Case No. C 06-03954 JF
ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

1  This Order has been served upon the following persons:

2  John R. Pierson
P.O. Box 162
3  Genoa, NV 89411

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 06-03954 JF
ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)