NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN R. PIERSON, | Case Number C 06-03954 JF |
| Plaintiff, | ORDER[1] DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | [re: docket no. 2] |
| WELLS FARGO, et al., | |
| Defendants. | |

On June 27, 2006, Plaintiff John R. Pierson filed a complaint against Defendants Wells

Fargo and Mark Underwood and an application to proceed *in forma pauperis*.  Plaintiff alleges:

> Hear yee Wells Fargo, yee are pirites, I come for you, in the name of God, yee are
> Guilty of the Following But Not Limited To:
>> Statute # 470
>> Piritery
>> Grand Theft
>> Conspiracy
>> Accerey to Commit Murder

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action

---

[1] This disposition is not designated for publication and may not be cited.

1    *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees

2    necessary to pursue the action.  28 U.S.C. § 1915(a)(1).  The court may deny *in forma pauperis*

3    status, however, if it appears from the face of the proposed pleading that the action is frivolous or

4    without merit.  *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First National*

5    *Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).  Without expressing any opinion as to

6    whether Plaintiff can afford to pay the filing fee, the Court will DENY without prejudice his

7    application to proceed *in forma pauperis* on the ground that the complaint fails to state a

8    cognizable claim.

9            IT IS SO ORDERED.

10

11   DATED:  July 12, 2006

12

13

14                                                    JEREMY FOGEL
                                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 06-03954 JF
ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

1   This Order has been served upon the following persons:

2   John R. Pierson
    P.O. Box 162
3   Genoa, NV 89411

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3